UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLAZE PIZZA, LLC

Plaintiff(s),

v.

BLAZE BBQ INC., et al.

Defendant(s).

Case No. 3:23-cv-02851-PHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Kathryn A. Feiereisel, an active member in good standing of the bar of Illinois; and Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff BLAZE PIZZA, LLC in the above-entitled action. My local co-counsel in this case is Carla B. Oakley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 130092.

| | |
|---|---|
| Morgan, Lewis & Bockius LLP<br>110 North Wacker Drive, Suite 2800, Chicago, IL 60606<br>MY ADDRESS OF RECORD | Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower, San Francisco, CA 94105<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (312) 324-1000<br>MY TELEPHONE # OF RECORD | (415) 442-1000<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| katie.feiereisel@morganlewis.com<br>MY EMAIL ADDRESS OF RECORD | carla.oakley@morganlewis.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6310852; 45107

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2023                                              /s/ Kathryn A. Feiereisel
                                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kathryn A. Feiereisel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 06/13/2023

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Kathryn Ann Feiereisel

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/09/2013 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 14th day of February, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Kathryn A. Feiereisel__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __5th__ day of __November__ A.D. __2012__ and that at the date hereof the said __Kathryn A. Feiereisel__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __9th__ day of __February__ A.D. __2023__

*Cheryl Stevens*
Clerk

By _Myra Sanchez_
Deputy Clerk